IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES CHARLES POE, III**                                                             **PLAINTIFF**

v.                                   No. 2:12-cv-214-DPM

**DEPARTMENT OF JUSTICE** *et al.*                                 **DEFENDANTS**

## JUDGMENT

Poe's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

_____12 April 2013_____